IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3070 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL ALAN HOCHREITER, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Citing a possible conflict of interest, defendant's retained counsel, J. Bruce Teichman, has filed a motion to withdraw as counsel for the defendant. (Filing No. 17). David J. Cullan has entered his appearance as retained counsel for the defendant, and Mr. Cullan is now registered to electronically file documents in this court. Accordingly,

IT IS ORDERED that the motion to withdraw filed by J. Bruce Teichman, (filing no. 17), is granted.

DATED this 29th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge