IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  | |
| ) | 4:09CR3070 |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | |
| ) | **ORDER** |
| DANIEL ALAN HOCHREITER,    ) | |
| ) | |
| Defendant.    ) | |

IT IS ORDERED that:

1. The defendant's motion for continuance (filing 26) is granted.

2. A hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States district judge to the 10th day of November, 2009, at the hour of 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

3. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

September 9, 2009.                                BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge